LAW OFFICE OF ANDRE L. KYDALA
54 Old Highway 22
P.O. BOX 5537
CLINTON, NJ 08809
(908) 735-2616
ATTORNEY TO DEBTOR

|  |  |
|---|---|
| IN THE MATTER OF:<br><br>STEPHEN LAM<br>Debtor | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 11<br><br>Case No. 24-20826<br><br>Judge: SLM<br><br>NOTICE OF TELEPHONIC 341A |

PLEASE TAKE NOTICE that a Chapter 11 341 has been scheduled for December 11, 2024, by Telephone conference commencing at 9:00 am EST.

If you wish to participate in the call, please email debtor's counsel at kydalalaw@aim.com no later than the end of business on December 10, 2024, and you will receive dial in instructions.

Your participation is welcomed but not required.

By,

*/s/ Andre L. Kydala*
Andre L. Kydala, Esq.

Attorney for Debtor,
Stephen Lam

Dated: 12/6/2024